MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LINSKY, | CASE NO. 12-CV-05278-SI |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | FOR A FIRST EXTENSION OF 30 DAYS |
| | FOR DEFENDANT TO ANSWER |
| MICHAEL J. ASTRUE, | PLAINTIFF'S COMPLAINT AND LODGE |
| Commissioner of Social Security, | CERTIFIED ADMINISTRATIVE RECORD |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to answer Plaintiff's complaint and to lodge the certified administrative record. Defendant requires this additional time because the certified administrative record has not been prepared yet. The Court Case Preparation and Review Branch (CCPRB) of the Office of Disability Adjudication and Review is now preparing a certified administrative record for filing, but Defendant requires additional time for this preparation before filing the answer and administrative record.

Stip. & Prop. Order for Extension        1

1  The current due date is January 23, 2013; the new due date will be February 22, 2013.
2  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience
3  caused by this extension.

4  Respectfully submitted,

5  DATED: January 18, 2013     *s/ Robert C. Weems*
6  ROBERT C. WEEMS
   (as authorized by email)

7
8  Attorney for Plaintiff

9  BENJAMIN B. WAGNER
   United States Attorney
10
11 DATE: January 18, 2013    By    *s/ Daniel P. Talbert*
    DANIEL P. TALBERT
12  Special Assistant United States Attorney

13  Attorneys for Defendant

Stip. & Prop. Order for Extension            2

ORDER

Pursuant to stipulation, it is so ordered.

DATE: 1/22/13

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE