IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE LINSKY,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

      /

No. C 12-05278 SI

**ORDER TO PLAINTIFF TO FILE MOTION**

Under the Court's Social Security Procedural Order, plaintiff was required to file her motion for summary judgment or remand no later than April 3, 2013 (28 days after the filing of the Supplemental Administrative Transcript). As of the date of this Order, no motion has been filed.

Therefore, plaintiff ORDERED to file her motion for summary judgment or remand within fourteen (14) days of the date of this Order. If plaintiff does not file her motion by this date, the Court will dismiss this appeal for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: May 15, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE