Robert C Weems (148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA  94930
415-881-7653 (ph)
866-610-1430 (fx)
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINSKY, | CASE NO. 12-CV-05278-SI |
| Plaintiff, | STIPULATION AND P~~ROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND JOINTLY MOVED, by and between the parties, through their respective counsel of record, that the Court dismiss the above-captioned action.

The parties have agreed that each side shall bear its owns costs and fees.

DATED: June 3, 2013      *s/ Robert C. Weems*
                                            ROBERT C. WEEMS
                                            Attorney for Plaintiff


DATE: June 3, 2013      By   *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

Stip. & Prop. Order for Extension            1

ORDER

Pursuant to stipulation, it is so ordered.

DATE:    6/11/13                      _____
                                      SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE