Robert C Weems (148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA  94930
415-881-7653 (ph)
866-610-1430 (fx)
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINSKY,<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 12-CV-05278-SI<br><br>STIPULATION AND P~~ROPOSED~~ ORDER FOR DISMISSAL |

   IT IS HEREBY STIPULATED AND JOINTLY MOVED, by and between the parties, through their respective counsel of record, that the Court dismiss the above-captioned action.

   The parties have agreed that each side shall bear its owns costs and fees.

DATED: June 3, 2013            *s/ Robert C. Weems*
                               ROBERT C. WEEMS
                               Attorney for Plaintiff


DATE: June 3, 2013       By    *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                               Special Assistant United States Attorney
                               Attorneys for Defendant


Stip. & Prop. Order for Extension            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Pursuant to stipulation, it is so ordered.

DATE:      6/11/13            _____
                              SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE